## Case No. 16,577.

UNITED STATES v. The TWO FRIENDS.

[1 Hall, Law J. 483.]

District Court, D. Pennsylvania. 1808.

EMBARGO LAWS—SEIZURES FOR VIOLATION.

Mr. Dallas filed a libel against the sloop Two Friends, a French owned vessel, and her cargo [Baptiste Genanty, master], seized by the collector, for a breach of the laws relating to the embargo; and process of monition was ordered to issue in due form.